UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Sisung Investment Management Services, LLC | CIVIL ACTION |
| VERSUS | NO: 11-287 |
| Schroder Investment Management North America, Inc. | SECTION: "A" |

**ORDER SETTING CALL DOCKET**

The record does <u>not</u> reflect that the plaintiff(s) have effected service of summons and complaint upon certain defendants in this matter.

Federal Rule of Civil Procedure 4(m) provides:

If service of the summons and complaint is not made upon a defendant within 120 days after filing the complaint, the Court, upon its own motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, **IT IS ORDERED** that plaintiff(s) serve the summons and complaint upon the defendant(s) by **June 10, 2011**. Absent an appearance by the defendant or request for entry of default upon that defendant, the plaintiff is **ORDERED** to show cause on or before **July 1, 2011**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why certain defendants should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this 18th day of May 2011.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE