UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SISUNG INVESTMENT MANAGEMENT SERVICES, LLC | CIVIL ACTION |
| VERSUS | NO: 11-287 |
| SCHRODER INVESTMENT MANAGEMENT NORTH AMERICA, INC. | SECTION: "A" |

## J U D G M E N T

This matter was brought before the Court on a call of the docket, after due notice to the attorneys of record to show cause why no action had been taken, and no cause being shown, the Court hereby orders the case dismissed;

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment dismissing the complaint at plaintiff's costs, without prejudice.

New Orleans, Louisiana, this 5th day of July 2011.

                                                                                                    _____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE